No. 1:25-cr-00205-JLT-SKO



FILED
Oct 23, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

TONY CHRISTOPHER LONG,
Aka "Inactive",
Aka "Inactivee0",
Aka "Inactivecvx",

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 48(a)(1) – Animal Crushing (Two Counts); 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor; 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of a Minor; 18 U.S.C. § 2261A – Cyberstalking; 18 U.S.C. § 875(d) – Interstate Threat; 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

/S/
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

*Bail, $* __ PLEASE ISSUE NO-BAIL WARRANT

*Sheila K. Oberto*

GPO 863 525

1:25-cr-00205-JLT-SKO

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: CASE No. ____

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
▶ TONY CHRISTOPHER LONG
Aka "Inactive", Aka "Inactivee0", Aka "Inactivecvx",

Address: 

Birth Date: 

■ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI SA HANNAH DOUGHTY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on THIS FORM: Stacey Medina

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY SPIVAK
☑ FORFEITURE ALLEGATION

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ■ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  If "Yes," give date filed ____
☐ No
Mo. Day Year

**DATE OF ARREST** ▶ ____

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷ ____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PLEASE ISSUE NO-BAIL WARRANT**

# United States v. Tony Long
## Penalties for Indictment

## **COUNTS 1 AND 2**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 48 - Animal Crushing |
| PENALTIES: | Maximum of 7 years in prison; or Fine of up to $250,000; or both fine and imprisonment. Supervised release of up to 3 years. |

## **COUNT 3:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor |
| PENALTIES: | Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or Fine of up to $250,000; or both fine and imprisonment. Special assessment of $100 pursuant to 18 U.S.C. § 3013. Special assessment of $5,000 pursuant to 18 U.S.C. § 3014. Special assessment, per 18 U.S.C. § 2259A, of no more than $50,000. Supervised release of at least 5 years up to life. |

## **COUNT 4:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving Sexual Exploitation of Minors |
| PENALTIES: | Maximum of 10 years in prison; or Fine of up to $250,000; or both fine and imprisonment. Supervised release of at least 5 years up to life |

## **COUNT 5:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2261A– Cyberstalking |
| PENALTIES: | Maximum of up to 20 years in prison; or Fine of up to $250,000; or both fine and imprisonment. Supervised release of up to 3 years |

## COUNT 6:

VIOLATION:   18 U.S.C. § 875(d)– Interstate Extortion

PENALTIES:   Maximum of up to 2 years in prison; or
Fine of up to $250,000; or both fine and imprisonment.
Supervised release of up to 3 years

## FORFEITURE ALLEGATION:

As stated in the charging document