ERIC GRANT
United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:25-CR-00205 JLT-SKO |
| Plaintiff, | STIPULATION and PROTECTIVE ORDER |
| v. | |
| TONY CHRISTOPHER LONG, | |
| Aka "Inactive," Aka "Inactivee0," Aka "Inactivecvx," | |
| Defendant. | |

    This case involves charges related to the minor victims. The discovery in this case contains private personal information regarding third parties (both adults and minors), including names, dates of birth, physical descriptions, telephone numbers and/or residential addresses and other sensitive information that does not need to be available to the public or persons other than defense counsel and/or the defendant. The case also involves images that might constitute depictions of a minor engaged in sexually explicit conduct that the government is not authorized to reproduce and that the defense is not legally entitled to possess.

1

As a result, defendant Tony Long, by and through his counsel of record, Assistant Federal Defender Griffin Estes, and the United States of America, by and through the undersigned counsel of record, agree as follows:

1. This court may enter a protective order under Rule 16(d) of the Federal Rules of Criminal Procedure, and the court's general supervisory authority.

2. The protective order will cover all discovery provided to or made available to defense counsel as part of discovery in this case including digital evidence and contraband.

3. The Federal Bureau of Investigation (FBI) shall make any contraband material available to defense counsel for review within the confines of the FBI office in Fresno.

4. Any contraband evidence shall be made available for defense counsel for the purpose of preparing for the defense of the above-entitled action. The contraband evidence shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

5. Neither defense counsel nor any defense expert or investigators shall remove any contraband material from the FBI office.

6. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel. By signing this stipulation and protective order, defense counsel agrees not to share any documents that contain protected information with anyone other than a designated defense investigator, designated defense expert, and support staff. The parties agree that defense counsel, defense investigators, and support staff shall not allow the defendant to copy protected information contained in the discovery or to retain unredacted versions of documents. The parties agree that defense counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which protected information has first been redacted.

7   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will remain the property of the United States of America (the government). Defense counsel will return the discovery to the government or

certify that it has been destroyed at the conclusion of the case or defense counsel's participation in the case as counsel.

8. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

9. Defense counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this stipulation and order.

10. In the event that defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this order.

Dated: November 4, 2025					ERIC GRANT
								United States Attorney

								/s/ Jeffrey A. Spivak
								Jeffrey A. Spivak
								Assistant U.S. Attorney

Dated: November 4, 2025					HEATHER WILLIAMS
								Federal Defender

								/s/Griffin Estes
								Assistant Federal Defender
								Attorney for defendant

ORDER

1. The discovery and information within it may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will remain the property of the United States of America (the government). Defense counsel will return the discovery to the government at the conclusion of the case or certify that she has destroyed any copy of discovery that was provided to defense counsel.

2. Defense counsel may permit the defendant to view documents in the presence of his attorney(s), defense investigator(s), and/or support staff. The parties agree that defense counsel, defense investigator(s), and support staff shall not allow the defendant to copy or record unredacted protected information contained in the discovery. The parties agree that defense counsel, defense investigator(s), and support staff may provide the defendant with copies of documents, if any, from which protected information has first been redacted.

3. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to anyone in violation of this agreement. Defense counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this stipulation and order.

4. If requested, the Federal Bureau of Investigation (FBI) office shall make contraband material that cannot otherwise be released to the defendant available for review or inspection at the FBI office in Fresno.

5. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: **November 5, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

4