HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TONY CHRISTOPHER LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:25-cr-00205-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| TONY CHRISTOPHER LONG | Date:   August 5, 2026<br>Time:   1:00 p.m.<br>Judge:  Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for TONY CHRISTOPHER LONG, that the Court may continue the status conference in this case. The parties stipulate to continue the status conference from April 15, 2026, to August 5, 2026.

The parties stipulate as follows:

1. By previous order, this matter was set for status on April 15, 2026.

2. By this stipulation, defendant now moves to continue the status conference until April 15, 2026, and to exclude time between April 15, 2026, and August 5, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

//

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for the government anticipates disclosing additional discovery associated with this case.

b) Counsel for defendant desires additional time to review discovery, conduct any investigation, and discuss this matter, including potential resolutions, with the defendant in order to prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2026 to August 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  March 18, 2026        */s/ Joseph Barton*
                             JOSEPH BARTON
                             Assistant United States Attorney
                             Attorney for Plaintiff


Dated:  March 18, 2026        HEATHER E. WILLIAMS
                             Federal Defender


                             */s/  Griffin Estes*
                             GRIFFIN ESTES
                             Assistant Federal Defender
                             Attorney for Defendant
                             TONY CHRISTOPHER LONG


# O R D E R

**IT IS ORDERED that**

1) The status conference currently set for April 15, 2026, is continued to August 5, 2026, at 1:00 p.m., before the Stanley A. Boone; and

2) The period of time from April 15, 2026 to August 5, 2026, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3) The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **March 18, 2026**        _____
                             STANLEY A. BOONE
                             United States Magistrate Judge

Long – Stipulation to Continue                    -3-

Long – Stipulation to Continue

-4-